United States District Court
Southern District of Texas
**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SPORT SHOTS, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-01610** |
| | § | |
| **THE INDIVIDUALS, BUSINESS** | § | |
| **ENTITIES, AND UNINCORPORATED** | § | |
| **ASSOCIATIONS IDENTIFIED IN** | § | |
| **EXHIBIT 1,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Motion for Extension of Time to Answer filed by Defendants Gada Home Furnishings, Easy to Use Home Furnishings, and Liuyingstore. ECF No. 26. Having considered the Motion, the Court finds that good cause exists for the requested extension. The Motion is **GRANTED**. It is therefore ORDERED that Defendants Gada Home Furnishings, Easy to Use Home Furnishings, and Liuyingstore shall file their answer or other responsive pleading on or before September 14, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 5th of August, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE