United States District Court
Southern District of Texas
**ENTERED**
September 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SPORT SHOTS, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-01610** |
| | § | |
| **THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN EXHIBIT 1,** | § § § § | |
| ***Defendants.*** | | |

**ORDER**

This Court's earlier Dismissal Order docketed at ECF No. 35 contains typographical errors and is hereby **VACATED**. Plaintiff has filed a Notice of Limited Voluntary Dismissal with Prejudice of its claims in this action against Defendants Gada Home Furnishings and Easy to Use Home Furnishings, ECF No. 36, and against Defendant Liuyingstore, ECF No. 34. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims against Defendants Gada Home Furnishings, Easy to Use Home Furnishings, and Liuyingstore are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 2nd of September, 2026.

Keith P. Ellison

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE