UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPORT SHOTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. Action No. 4:26-cv-01610 |
| | § | |
| THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN EXHIBIT 1, | § | |
| | § | |
| Respondents. | § | |

**NOTICE OF LIMITED VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Sport Shots, LLC, files this Notice of Limited Voluntary Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure ("FRCP") as to Defendant Zhengzhou Qianxierui Network Technology Co., Ltd., and in support thereof, Plaintiff offers as follows:

Pursuant to Rule 41 of the FRCP, a plaintiff may, without a court order, and subject to FRCP 23(e), 23.1(c), 23.2 and 66 and any applicable statute, dismiss an action without court order by filing a notice of dismissal provided that the opposing party has not filed an answer or summary judgment motion. FED. R. CIV. P. 41(a)(1)(A)(1)-(2). Unless stated differently, the dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B).

In the matter at bar, the Plaintiff has settled with a certain Defendant prior to the Defendant filing an answer or motion for summary judgment. Therefore, Plaintiff hereby gives notice of a limited voluntary dismissal with prejudice as to the following Defendant, Zhengzhou Qianxierui Network Technology Co., Ltd.

Respectfully submitted,

THE WATTS LAW FIRM,P.C.

JOSEPH K. WATTS
FEDERAL BAR NO. 22812
STATE BAR NO. 24005135
JWATTS@WATTSLAW.NET
11777 KATY FWY, STE. 507 S
HOUSTON, TX 77041
TELEPHONE: (832) 226.2491
**ATTORNEY FOR PLAINTIFF**
**SPORT SHOTS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of September 2026, a true and correct copy of the foregoing instrument was electronically filed on the CM/ECF system and served on the following:

**TRO Law**

**Robert Law**
robertlaw@trolaw.net
**ATTORNEY FOR DEFENDANT**
**ZHENGZHOU QIANXIERUI NETWORK TECHNOLOGY CO., LTD.**